**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**HEXAMEDICS, S.A.R.L., a French corporation,**

Plaintiff,

v.

**GUIDANT CORPORATION, an Indiana corporation; and INTERMEDICS, INC., a Delaware corporation,**

Defendants,

v.

**MEDTRONIC, INC.,**

Third-Party Defendant.

---

Civil No. 00-2532 (PAM/JGL)

**MINUTES and ORDER**

APPEARANCES

James J. Long, Esq., for Third-Party Defendant Medtronic, Inc.

Edward Friedman, Esq., and Robert L. Schnell, Jr., Esq., for Defendants Guidant Corporation and Intermedics, Inc.

---

A hearing was held on July 30, 2001 before United States Magistrate Judge Jonathan Lebedoff on Third-Party Defendant Medtronic's Motion to Stay Discovery Directed to Third-Party Defendant Medtronic, Inc. (Doc. No. 29). The Court ruled from the Bench.

Medtronic's motion was **DENIED** as to the request for a stay in discovery, on the condition that Defendants will not proceed with the Rule

FILED JUL 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

30(b)(6) deposition until after the District Court has ruled on Medtronic's Motion to Dismiss. Furthermore, the discovery period was extended until December 15, 2001.

Dated: July 30, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge