IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| HEXAMEDICS, S.A.R.L., a French corporation, Plaintiff, | § | C.A. NO. 00-CV-2532 PAM/JGL |
| v. | § | |
| GUIDANT CORPORATION, an Indiana corporation; and INTERMEDICS, INC., a Delaware corporation, Defendants. | § | |

**STIPULATION EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT INTERMEDICS' COUNTERCLAIM**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective undersigned counsel, that Plaintiff's response to Defendant Intermedics' Counterclaim shall be due on or before September 14, 2001.

APPROVED AND AGREED TO:

Dated: August 30, 2001

MASLON EDELMAN BORMAN & BRAND, LLP

By ______________________

William Z. Pentelovitch (85078)
Wayne S. Moskowitz (17936X)
Alain M. Baudry (186685)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200
Fax: (612) 672-8397

SEP 10 2001

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

SUSMAN GODFREY L.L.P.
Stephen D. Susman
Geoffrey L. Harrison
Harry P. Susman
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

**ATTORNEYS FOR PLAINTIFF**

Dated: ~~August~~ Sept 5, 2001

FAEGRE & BENSON LLP

By ______________________
Robert L. Schnell, Jr. (97329)
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 336-3175
Fax: (612) 336-3026

LOCKE LIDDELL & SAPP LLP
Craig L. Weinstock
Texas State Bar No. 21097300
John L. Hill
Texas State Bar No. 00000027
Jess H. Hall, Jr.
Texas State Bar No. 08783000
Edward L. Friedman
Texas State Bar No. 07462950
3400 Chase Tower
600 Travis Street
Houston, Texas 77002
Telephone: (713) 226-1200
Fax: (713) 223-3717

**ATTORNEYS FOR DEFENDANTS**

160592

IT IS SO ORDERED:

September 10, 2001

______________________
JONATHAN LEBEDOFF
United States Magistrate Judge