**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **HEXAMEDICS, S.A.R.L., a French corporation,** **Plaintiff,** | § | |
| **vs.** | § | **C.A. NO. 00-CV-2532 PAM/JGL** |
| **GUIDANT CORPORATION, an Indiana corporation; and INTERMEDICS, INC., a Delaware corporation.** **Defendants.** | § | **JURY TRIAL DEMANDED** |

**ORDER**

Based on the Unopposed Motion to Modify Scheduling Order made by defendant Intermedics, Inc., on October 4, 2001, and being advised that there is no opposition to that motion,

IT IS HEREBY ORDERED that the Scheduling Order signed April 27, 2001 may be modified as indicated in the Unopposed Motion to Modify Scheduling Order filed by Defendant Intermedics, Inc. on October 4, 2001, with the following modified schedule to govern further proceedings in this case:

| | |
|---|---|
| Plaintiff's Expert Designations and Reports: | October 19, 2001 |
| Defendants' Expert Designations and Reports: | November 21, 2001 |
| Discovery Deadline (other than expert witness depositions) | November 21, 2001 |
| Expert Witness Deposition Deadline: | December 15, 2001 |

Except as modified herein, the Scheduling Order of April 27, 2001, remains in effect.

SO ORDERED.

Dated: October 11, 2001

Magistrate Judge Jonathan Lebedoff

M2:20417141.01

FILED OCT 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______