421009

ORIGINAL

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 00-CV-2532 PAM/JGL Case Title: Hexamedics v. Guidant Corporation

Affidavit of Movant

I, Robert L. Schnell, Jr. ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Brent A. Benoit , an attorney admitted to practice in the Southern District of Texas ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Guidant Corp./Intermedics in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| [signature] | 97329 | October 29, 2001 |
|---|---|---|
| Signature | MN Attorney License # | Date |

Affidavit of Proposed Admittee

I, Brent A. Benoit , am currently a member in good standing of the U.S. District Court for Southern District of Texas , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Brent A. Benoit | [signature] | October 26, 2001 |
|---|---|---|
| Type/Print Name | Signature | Date |

Attorney License Number: 00796198

Law Firm Name & Address: Locke Liddell & Sapp LLP

3400 Chase Tower, 600 Travis, Houston, Texas 77002

Telephone: (713) 226-1370

Motion Granted: [signature] OCT 30 2001
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED OCT 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______