**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **HEXAMEDICS, S.A.R.L.,**<br>**a French corporation**<br><br>**Plaintiff,**<br>**V.**<br><br>**GUIDANT CORPORATION,**<br>**an Indiana corporation; and**<br>**INTERMEDICS, INC.,**<br>**a Delaware corporation.**<br><br>**Defendants** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **C.A. NO. 00-CV-2532 PAM/JGL**<br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**ORDER**

Based on the Joint Motion to Modify Scheduling Order made by Defendants Guidant Corporation and Intermedics, Inc. and Plaintiff Hexamedics, S.A.R.L.,

IT IS HEREBY ORDERED that the Scheduling Order signed April 27, 2001 may be modified as indicated in the Joint Motion to Modify Scheduling Order filed by Defendants Guidant Corporation and Intermedics, Inc. and Plaintiff Hexamedics, S.A.R.L., on November 5, 2001, with the following modified schedule to govern further proceedings in this case:

Serving, filing, and fully briefing all dispositive motions: December 12, 2001

Further, the two Defendants' briefing in connection with the dispositive motions shall not exceed a cumulative total of fifty pages (including reply briefs), and Plaintiff's briefing in connection with dispositive motions shall not exceed a total of fifty pages (including reply briefs).

SO ORDERED.

Dated: November 6, 2001

Presiding Judge

FILED NOV 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

HOUSTON:016857/00035:684838v2