UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hexamedics, S.A.R.L.,
a French corporation,

Plaintiff,

v.

Guidant Corporation and
Intermedics, Inc.,

Defendants,

Civ. File No. 00-2532 (PAM/JGL)

**MEMORANDUM AND ORDER**

---

This matter is before the Court on Plaintiff's Motion for Leave to File Supplemental Memorandum in Opposition to Defendants' Motion for Summary Judgment. Plaintiff seeks leave to file a three-page surreply. In the memorandum in support of the Motion, Plaintiff argues that it used only 49 pages out of the 52-page limit for its opposition memorandum because it knew that it would likely need to file a surreply.

As an initial matter, the Court notes that local court rules set the page limit for all memoranda at 35 pages. See D. Minn. L.R. 7.1(c). By stipulation of the parties to this case, Magistrate Judge Lebedoff extended that page limitation to 50 pages, not 52 pages. See Order of November 6, 2001 (Clerk Doc. No. 79). However, because of the timing of the deposition referenced in the surreply and because of the brevity of that surreply, the Court will give Plaintiff leave to file its surreply.

FILED DEC 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The fact that the Court grants this leave to Plaintiff should not be interpreted by either party as permission to continue to file briefs or other papers with this Court. The voluminous briefing already received for Defendants' summary judgment motion is, no doubt, more than sufficient to illuminate the Court's understanding of the issues in this case.

Accordingly, for the foregoing reasons, and upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Supplemental Memorandum in Opposition to Defendants' Motion for Summary Judgment (Clerk Doc. No. 109) is **GRANTED**.

Dated: December 14, 2001

Paul A. Magnuson
United States District Court Judge