**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HEXAMEDICS, S.A.R.L.,

Plaintiff,

v.

GUIDANT CORPORATION; INTERMEDICS, INC.; ST. JUDE MEDICAL, INC.,

Defendants.

00CV2532 (JEL/JGL)

**NOTICE OF PRETRIAL**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for a **PRETRIAL CONFERENCE** on Tuesday, September 17, 2002 at 10:00 a.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: August 30, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette *Deputy Clerk*

Filed AUG 27 2002
RICHARD D. SLETTEN, CLERK
Deputy Clerk ________