UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hexamedics, S.A.R.L.,

Plaintiff,

v.

Civ. No. 00-2532 (JEL/JGL)
ORDER

Guidant Corporation,
and Intermedics, Inc.,

Defendants.

IT IS ORDERED THAT the Court's October 22, 2002, Order granting Defendants' Motion to Exclude Plaintiff's Expert Testimony is WITHDRAWN.

Dated: October 24, 2002

JOAN ERICKSEN LANCASTER
United States District Judge

FILED OCT 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS