IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **HEXAMEDICS, S.A.R.L., a French corporation** | § | **C.A. NO. 00-CV-2532 PAM/JGL** |
| **Plaintiff,** | § | |
| **V.** | § | |
| **GUIDANT CORPORATION, an Indiana corporation; and INTERMEDICS, INC., a Delaware corporation.** | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

**ORDER GRANTING MOTION TO EXCLUDE PLAINTIFF'S EXPERT TESTIMONY**

On this day the Court considered Defendants Intermedics, Inc. and Guidant Corporation's Motion To Exclude Plaintiff's Expert Testimony. After considering the Motion and the response, the Court makes the following ruling:

IT IS ORDERED that

the Motion to Exclude Plaintiff's Expert Testimony is GRANTED, AND

IT IS FURTHER ORDERED that

the testimony and expert report of Dr. Timothy Nantell shall be EXCLUDED.

Dated: Oct. 22, 2002

BY THE COURT:

JUDGE PRESIDING

M2:20498263.01

FILED OCT 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INITIALS_____

HOUSTON:016857/00035:777087v1