**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HEXAMEDICS, S.A.R.L., 00cv2532 (JEL/JGL)

Plaintiff,

v. **NOTICE**

GUIDANT CORPORATION, ET AL,

Defendant.

---

**TAKE NOTICE** that the **PRETRIAL CONFERENCE** is re-scheduled for Thursday, January 23, 2003 at 9:30 a.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: November 18, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

FILED NOV 1 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______