UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hexamedics, S.A.R.L.,

Plaintiff,

v.

Guidant Corporation and Intermedics, Inc.,

Defendants.

Civ. No. 00-2532 (JEL/JGL)
ORDER

---

Stephen D. Susman, Esq., Geoffrey L. Harrison, Esq., and Harry P. Susman, Esq., Susman Godfrey L.L.P., appeared for Plaintiff Hexamedics, S.A.R.L.

Robert L. Schnell, Jr., Esq., Faegre & Benson LLP, Edward L. Friedman, Esq., Craig L. Weinstock, Esq., and Brent A. Benoit, Esq., Locke Liddell & Sapp LLP, appeared for Defendants Guidant Corporation and Intermedics, Inc.

---

This matter came before the Court on January 23, 2003, for a hearing on several pretrial motions, including Defendants' Motion for Leave to File Additional Evidence in Support of Motion to Exclude Plaintiff's Expert Testimony, Defendant Guidant Corporation's Motion Under Rule 44.1 for Application of French Law, and Defendants' Motion to Bifurcate Trial. For the reasons provided by the Court at the hearing, IT IS ORDERED THAT:

1. Defendants' Motion for Leave to File Additional Evidence in Support of Motion to Exclude Plaintiff's Expert Testimony [Docket No. 155] is GRANTED.

2. Defendant Guidant Corporation's Motion Under Rule 44.1 for Application of French Law [Docket No. 141] is DENIED.

3. Defendants' Motion to Bifurcate Trial [Docket No. 145] is GRANTED.

Dated: January 23, 2003

JOAN ERICKSEN LANCASTER
United States District Judge

FILED JAN 23 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INITIALS_____