**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HEXAMEDICS, S.A.R.L., 00cv2532 (JEL/JGL)

Plaintiff,

v.

**NOTICE OF JURY TRIAL**

GUIDANT CORPORATION and INTERMEDICS, INC.,

Defendants.

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for a **JURY TRIAL** on Tuesday, June 10, 2003 at 9:30 a.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: February 24, 2003.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette *Deputy Clerk*

FEB 24 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK